# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Patrick Edward Wilcock,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:17-cv-02101-JAD-CWH<br><br>**Order Denying IFP Application**<br><br>[ECF No. 1] |

Petitioner Patrick Edward Wilcock has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus.[1] Based on the financial information included in Wilcock's pauper application, I find that he is able to pay the full filing fee under 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that Wilcock's motion for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Wilcock has until December 4, 2017, to **PAY the $5.00 filing fee**. If he fails to do so, this action will be dismissed **without further prior notice.**

The **Clerk of Court** is directed to **RETAIN but NOT FILE** the petition at this time.

DATED: November 3, 2017.

                                                         _____
                                                       Jennifer A. Dorsey
                                                       United States District Judge

---

[1] ECF Nos. 1, 1-1.