**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Patrick Edward Wilcock,

    Petitioner

v.

Jo Gentry, et al.,

    Defendants

2:17-cv-02101-JAD-CWH

**Order Screening Petition and Granting Motion for Appointment of Counsel**

[ECF Nos. 1-1, 2, 3]

    Pro se petitioner Patrick Wilcock is serving a 44-years-to-life sentence after he was convicted of first-degree murder, burglary with a deadly weapon, robbery, possession of stolen property, and two deadly weapon enhancements.[1] Now he petitions for a writ of habeas corpus, arguing that his due-process, equal-protection, fair-trial, and effective-assistance-of-counsel rights were violated during his trial.[2] He has paid the filing fee, I have screened his petition, and the petition will be docketed and served on respondents. If Wilock failed to include a claim for relief in his petition, then he may be forever barred from seeking federal habeas relief on that claim.[3]

    Wilcock also moves for appointment of counsel.[4] There is no constitutional right to appointed counsel for a federal habeas corpus proceeding.[5] The decision to appoint counsel is

---

[1] ECF No. 1-1 at 2; NEVADA DEP'T OF CORRECTIONS, https://doc.nv.gov/Inmates/Home/ (last visited Dec. 6, 2017) (inmate search by name Patrick Wilcock or by offender ID 1099336).

[2] ECF No. 1-1.

[3] *See* 28 U.S.C. § 2254(b) (2012) (successive petitions).

[4] ECF No. 2.

[5] *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).

generally discretionary.[6] But counsel must be appointed if the claims are so complex and the petitioner is so uneducated that denying counsel would amount to a denial of due process.[7] Wilcock is serving a 44-years-to-life sentence, and some of the legal issues that he wishes to raise may be complex, so I grant his motion.

Accordingly, the **Clerk of Court** is directed to **DETACH and FILE Wilock's petition [ECF No. 1-1] and ELECTRONICALLY SERVE it** on the respondents. The **Clerk of Court** is also directed to **ADD Adam Paul Laxalt**, Nevada Attorney General, as counsel for respondents.

IT IS FURTHER ORDERED that Wilcock's motion for appointment of counsel **[ECF No. 2] is GRANTED**. The Federal Public Defender (FPD) for the District of Nevada is appointed to represent Wilcock.

The **Clerk of Court** is directed to **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for a writ of habeas corpus **[ECF No. 1-1]**. The **FPD has until January 5, 2018**, to file a notice of appearance or to indicate to the court its inability to represent Wilcock in these proceedings.

After counsel for Wilcock has appeared, the court will issue a scheduling order that will, among other things, set a deadline for the filing of an amended petition.

IT IS FURTHER ORDERED that Wilcock's motion for leave to file excess pages **[ECF No. 3] is GRANTED**.

DATED: December 7, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984).

[7] *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).