# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Patrick Edward Wilcock,<br><br>　　　　Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>　　　　Respondents | Case No.: 2:17-cv-02101-JAD-CWH<br><br>**Order Granting Leave to File Second Amended Petition**<br><br>[ECF No. 14] |

　　　On December 11, 2017, I appointed the Federal Public Defender (FPD) as counsel to represent petitioner Patrick Edward Wilcock.[1] Megan Hoffman of the FPD's office entered a notice of appearance on behalf of Wilcock on January 5, 2018, and filed a first-amended petition for a writ of habeas corpus two weeks later.[2] Contemporaneously with that filing, Wilcock moved for leave to file a second-amended petition, arguing that the first-amended petition was filed without an adequate opportunity to evaluate all potential claims. Hoffman also admitted that she was unable to attach a proposed second-amended petition as Local Rule 15-1(a) requires because she had not yet been able to consider all claims. She represents that it will best serve the interests of judicial economy and justice if she has the opportunity to consider all claims and to streamline, omit, or add claims as appropriate. Good cause appearing, the motion is granted. Wilcock at all times remains responsible for properly exhausting his claims and for calculating the running of the federal limitation period as applied to his case.

　　　Accordingly, IT IS HEREBY ORDERED that Wilcock's motion for leave to file a second-amended petition **[ECF No. 14] is GRANTED**. Wilcock has **until August 23, 2018, to FILE and SERVE** his second-amended petition.

　　　IT IS FURTHER ORDERED that the deadlines set forth in the scheduling order (ECF No. 11) remain in effect, running from the date of service of the second-amended petition.

---

[1] ECF No. 7.

[2] ECF Nos. 10, 12.

1

IT IS FURTHER ORDERED that respondents' motion for an extension of time **[ECF No. 19] is DENIED as moot**.

Dated: April 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey