# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, et al.,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time
[ECF No. 49]**

    Respondents seek an extension of time to respond to Patrick Edward Wilcock's 28 U.S.C. § 2254 third-amended petition for writ of habeas corpus, in part because they are waiting for portions of the state-court record.[1]  Good cause appearing,

    IT IS ORDERED that respondents' unopposed motion for extension of time to respond to the petition **[ECF No. 49] is GRANTED**.  **The deadline to respond to the petition for writ of habeas corpus is extended to May 27, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 28, 2022

---

[1] ECF No. 49.