# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, et al.,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time
[ECF No. 51]**

Respondents seek an extension of time to respond to Patrick Edward Wilcock's 28 U.S.C. § 2254 third-amended petition for writ of habeas corpus, in part due to recent COVID illness and quarantine.[1] Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to respond to the petition **[ECF No. 51] is GRANTED**. **The deadline to respond to the petition for writ of habeas corpus is extended to July 26, 2022**.

                                    _____
                                    U.S. District Judge Jennifer A. Dorsey
                                    Dated: May 31, 2022

---

[1] ECF No. 51.