UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EDWARD WILCOCK,<br><br>    Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>    Respondents | Case No.: 2:17-cv-02101-JAD-VCF<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to November 18, 2022**<br><br>**[ECF No. 72]** |

Habeas petitioner Patrick Edward Wilcock seeks an extension of time to oppose respondents' motion to dismiss.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to oppose the motion to dismiss **[ECF No. 72] is GRANTED. The deadline to oppose is extended to November 18, 2022.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: September 29, 2022

---

[1] ECF No. 72.