UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EDWARD WILCOCK,<br><br>　　Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>　　Respondents | Case No.: 2:17-cv-02101-JAD-VCF<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to January 17, 2023**<br><br>[ECF No. 74] |

　　Federal habeas petitioner Patrick Edward Wilcock seeks an extension of time to oppose respondents' motion to dismiss.[1]  Good cause appearing,

　　IT IS ORDERED that petitioner's second motion for extension of time to oppose the motion to dismiss **[ECF No. 74] is GRANTED.  The deadline to oppose is extended to January 17, 2023.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　Dated: November 21, 2022

---

[1] ECF No. 74.