# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, et al.,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time to Reply in Support of Motion to Dismiss to February 21, 2023**

[ECF No. 79]

    Respondents ask the court for a 60-day extension of time to file a reply in support of their motion to dismiss Patrick Edward Wilcock's 28 U.S.C. § 2254 habeas corpus petition.[1]  While I find good cause to grant an extension, I do not find that such a long extension is warranted.  I am also highly unlikely to grant any further extension absent extraordinary circumstances.

    IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time to reply in support of the motion to dismiss **[ECF No. 79] is GRANTED in part.  The deadline to oppose is extended to February 21, 2023.**

                                  _____
                                    U.S. District Judge Jennifer A. Dorsey
                                    Dated: January 23, 2023

---

[1] ECF No. 79.