# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EDWARD WILCOCK,<br><br>    Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>    Respondents | Case No.: 2:17-cv-02101-JAD-VCF<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Dismiss to March 20, 2023**<br><br>**[ECF No. 81]** |

Respondents ask the court for another extension of time to file a reply in support of their motion to dismiss Patrick Edward Wilcock's 28 U.S.C. § 2254 habeas corpus petition.[1] I previously granted an extension, cautioning respondents that I did not anticipate granting any further extension. Counsel for respondents now informs the court that she is leaving the division and trying to transition her cases with the least disruption to the court. Although the court finds this to be good cause for one more extension, the court is not likely to grant another extension of this deadline.

IT IS THEREFORE ORDERED that respondents' unopposed second motion for extension of time to reply in support of the motion to dismiss **[ECF No. 81] is GRANTED** *nunc pro tunc* **to February 21, 2023. The deadline to file the reply is extended to March 20, 2023.**

                                                                       _____
                                                                       U.S. District Judge Jennifer A. Dorsey
                                                                       Dated: February 23, 2023

---

[1] ECF No. 81.