# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

   Petitioner

v.

JO GENTRY, *et al.*,

   Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time to Answer Petition to June 21, 2023**

[ECF No. 86]

Respondents ask the court for an extension of time to file an answer to Patrick Edward Wilcock's 28 U.S.C. § 2254 amended habeas corpus petition.[1] With good cause appearing, IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 86] is GRANTED.  The deadline to file the answer is extended to June 21, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 21, 2023

---

[1] ECF No. 86.