# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

     Petitioner

v.

JO GENTRY, *et al.*,

     Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time for Reply in Support of Petition to September 19, 2023**

[ECF No. 89]

Patrick Edward Wilcock seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 amended habeas corpus petition.[1] The Federal Public Defender representing Wilcock explains that she has taken on additional management responsibilities in her new role as a supervisor and that she anticipates that the impact on her workload will diminish as she adjusts. Good cause appearing,

     IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of the petition **[ECF No. 89] is GRANTED. The deadline to file the reply is extended to September 19, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2023

---

[1] ECF No. 89.