# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, *et al.*,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time to Reply in Support of Petition to November 20, 2023**

[ECF No. 92]

    Patrick Edward Wilcock seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 amended habeas corpus petition.[1] The Federal Public Defender representing Wilcock explains that she was only recently assigned to this case and filed her notice of appearance on September 14, 2023. Good cause appearing,

    IT IS ORDERED that petitioner's unopposed second motion for extension of time to file a reply in support of the petition **[ECF No. 92] is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to November 20, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 20, 2023

---

[1] ECF No. 92.