# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, *et al*.,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Unopposed Motion for Third Extension of Time to Reply in Support of Petition**

[ECF No. 94]

Patrick Edward Wilcock seeks an extension of time to file a reply in support of his amended 28 U.S.C. § 2254 habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that petitioner's third motion for extension of time to file a reply in support of the petition **[ECF No. 94] is GRANTED** *nunc pro tunc* to November 20, 2023.  **The deadline to file the reply is extended to December 20, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
November 28, 2023

---

[1] ECF No. 94.