# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK EDWARD WILCOCK,

    Petitioner

v.

JO GENTRY, *et al.*,

    Respondents

Case No.: 2:17-cv-02101-JAD-VCF

**Order Granting Extension of Time to File Reply in Support of Petition to December 29, 2023**

[ECF No. 97]

    Patrick Edward Wilcock seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 amended habeas corpus petition.[1] Good cause appearing,

    IT IS ORDERED that petitioner's unopposed fourth motion for extension of time to file a reply in support of the petition **[ECF No. 97] is GRANTED** *nunc pro tunc* to December 20, 2023. **The deadline to file the reply is extended to December 29, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 27, 2023

---

[1] ECF No. 97.